

# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2020

No. 04-20-00348-CV

**IN RE STONEBROOK MANOR SNF, LLC**

d/b/a Advanced Rehabilitation and Healthcare of Live Oak, LLC

Original Mandamus Proceeding[1]

### ORDER

On July 7, 2020, relator filed a petition for writ of mandamus. The real party in interest filed a response to which relator replied. After considering the petition, response, reply, and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on September 30, 2020.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of September, 2020.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2019-CI-11058, styled *Olena O. Kelley, Individually and As Sole Heir to The Estate of Vira M. Zaytseva, Deceased v. Stonebrook Manor SNF, LLC d/b/a Advanced Rehabilitation and Healthcare of Live Oak, LLC*, pending in the 73rd Judicial District Court, Bexar County, Texas. The Honorable Laura Salinas signed the order at issue in this original proceeding.